**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of** | ) | |
| | ) | |
| **Frank B. Avila** | ) | **No. 26 D 05** |
| | ) | **(Before the Executive Committee)** |
| **An Attorney** | ) | |

## O R D E R

Attorney Frank B. Avila was admitted to the General Bar of this Court on February 12, 2001 and its Trial Bar on April 15, 2013.

The Executive Committee issued a Rule to Show Cause, ordering Attorney Avila to respond to the Committee, within 14 days of service, as to why this Court should not impose discipline for his violation of ABA Model Rules of Professional Conduct 1.3: Diligence and 1.16: Declining or Terminating Representation. The Rule to Show Cause was served via electronic correspondence upon Attorney Avila on May 14, 2026.

On June 8, 2026, Attorney Avila was suspended from the practice of law immediately for failure to timely respond to the Rule to Show Cause Order, and until further order of this court. Attorney Avila was granted thirty (30) days to submit a substantive response to the May 14, 2026 Rule to Show Cause. Attorney Avila was ordered to notify by certified mail, return receipt requested, all clients to whom he is responsible for pending matters before this Court of the fact that the attorney cannot represent them during the suspension period within twenty-one (21) days of the June 8, 2026 order.

On July 13, 2026 Attorney Avila emailed the Executive Committee and requested that he be allowed to withdraw from all his federal cases and allow for time for his clients to obtain new attorneys. (See attached email.)

Therefore, the Clerk of Court is directed to docket a copy of this Order and a copy of Mr. Avila's July 13, 2026 email on each open case where Mr. Avila has an appearance filed. The assigned judge will determine the appropriate next steps considering Mr. Avila's email. The Clerk of Court shall email a copy of this order to Mr. Avila.

Mr. Avila remains suspended from the practice of law in the United States District Court for the Northern District of Illinois until further order of the Executive Committee.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Virginia M. Kendall, Chief Judge

Dated in Chicago, IL this 23rd day of July 2026.

**Thomas Bruton**

| | |
|---|---|
| **From:** | Frank Avila <frankavilalaw@gmail.com> |
| **Sent:** | Monday, July 13, 2026 4:42 AM |
| **To:** | ILND AttorneyDiscipline |
| **Subject:** | Re: Order from the USDC - Northern District of Illinois |

**CAUTION - EXTERNAL:**

I request to withdraw from all my Fed cases. There are upcoming deadlines that I cannot do because of the suspension. My client cannot do them.
Although I will lose money, my clients and their cases are more important. Please have lawyers assigned to them if necessary.

I mailed the 2 orders and my Response to all my clients in Federal Court.

I requet to withdraw from my all my Federal Cases. My clients should get new Attorneys or be assigned Attorney. I previously asked for an Extension of Time, Continuance and Stay but there are too many deadlines and my clients will get screwed because I am on a suspension and cannot even file electronically. It is bad for my clients. It is not fair to my clients. It is a malpractice trap for me. My clients and these cases are more important than my money or my reputation.

I respectfully request to withdraw on all my Fed Cases and allow time for my clients get new Attorneys and be assigned attorneys if possible.

Thank you.